# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
**Trustee**

**Bonnie Baker, Esq.**
**Assoc. Attorney**

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

November 16, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    05-13726            Andrea L. Allen

To Whom It May Concern:

Enclosed please find check #810086 in the amount of $131.20. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.    6

Account#

Creditor    Gateway/CBUSA
POB 7038
Sioux Falls, SD 57117

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli